## IN RE DAVID J. ET AL.*
## (AC 22280)

Dranginis, Flynn and West, Js.

Argued February 11—officially released March 11, 2003

Per Curiam. The judgments are affirmed.

## STATE OF CONNECTICUT *v.* JEFFREY
## THOMAS KRIETE
## (AC 22616)

Foti, Dranginis and Freedman, Js.

Argued February 10—officially released March 11, 2003

Per Curiam. The judgment is affirmed.